AIU INSURANCE COMPANY, a New
York Corporation, Plaintiff—
Appellant,

and

International Cataly, Plaintiff,

v.

SWINERTON & WALBERG CO., a California corporation; Interstate Scaffolding, Inc., an Illinois corporation; United States Fidelity and Guaranty Company, a Maryland Corporation; St. Paul Fire and Marine Insurance Company, a Minnesota corporation, Defendants—Appellees.

No. 02–15752.

D.C. No. CV–00–02937–WHA.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted June 11, 2003.

Decided June 24, 2003.

Before HILL,* T.G. NELSON, and
HAWKINS, Circuit Judges.

ORDER **

The judgment of the district court is
AFFIRMED for the reasons set forth in

---

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* The Honorable James C. Hill, Senior United States Circuit Judge for the Eleventh Circuit, sitting by designation.

** This disposition is not appropriate for publication and may not be cited to or by the

the orders of the district court filed on January 30, 2002, April 5, 2002, and June 3, 2002.

IT IS SO ORDERED.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

